■ MATILDA BRUNKARD, Respondent, v. WILLIAM BRUNKARD, Appellant.— In an action for specific performance of an alleged contract for the purchase of real property, an order dated July 18, 1957 granted a motion to dismiss the complaint for lack of prosecution, pursuant to section 181 of the Civil Practice Act and rule 156 of the Rules of Civil Practice, unless the action be noticed for trial for the next available term, in which case the motion was denied. That order was resettled by an order dated September 9, 1957 so as to make a recital omitted from the original order. The appeal is from said orders insofar as they deny the motion to dismiss the complaint in case the action is noticed for trial for the next available term. Order dated September 9, 1957 insofar as appealed from affirmed, with $10 costs and disbursements. Appeal from order dated July 18, 1957 dismissed, without costs. No opinion. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ BERT COCKS et al., Respondents, v. PHILIP SMITH, Appellant, et al., Defendant.— In an action by the vendees for specific performance of a contract to sell real property, and for other relief, the appeal is from an order denying appellant's motion for summary judgment dismissing the amended complaint or, in the alternative, for judgment on the pleadings. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ., concur.

■ CORINNE HORING, as Administratrix of the Estate of MORRIS DANOWITZ, Deceased, Appellant, v. A & L OPERATING CORP., Respondent, et al., Defendants.— In an action to recover damages for wrongful death and for conscious pain and suffering, the appeal is from an order granting respondent's motion to dismiss the complaint for lack of prosecution and severing the action as to defendants. Order unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Kleinfeld, JJ.